IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-CV-908-KDB-DCK

| | |
|---|---|
| JESSICA STRIPLING, and MIEDO DONQUE, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) ORDER ) |
| BANK OF AMERICA N.A., | ) ) ) |
| Defendant. | ) ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 25) filed by Gary Jackson, concerning Gemma Seidita, on January 4, 2024. Gemma Seidita seeks to appear as counsel *pro hac vice* for Plaintiffs. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 25) is **GRANTED**. Gemma Seidita is hereby admitted *pro hac vice* to represent Plaintiffs.

**SO ORDERED**.

Signed: January 5, 2024

David C. Keesler
United States Magistrate Judge