**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CASE NO. 3:23-CV-908-KDB-DCK**

| | |
|---|---|
| **JESSICA STRIPLING, and MIEDO DONQUE,** )<br>)<br>) | |
| **Plaintiffs,** )<br>) | |
| **v.** ) | **ORDER** |
| ) | |
| **BANK OF AMERICA N.A.,** )<br>) | |
| **Defendant**. )<br>) | |

  **THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit*" (Document No. 32) filed by Gary Jackson, concerning Andrea R. Gold, on January 23, 2024.  Andrea R. Gold seeks to appear as counsel *pro hac vice* for Plaintiffs.  Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will <u>grant</u> the motion.

  **IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 32) is **GRANTED**.  Andrea R. Gold is hereby admitted *pro hac vice* to represent Plaintiffs.

  **SO ORDERED**.

Signed: January 23, 2024

David C. Keesler
United States Magistrate Judge